IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:08CR3028 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN R. ANAYA, | ) | |
| | ) | |
| Defendant. | ) | |

        The court has been presented a Financial Affidavit (CJA Form
23) signed by the above-named defendant in support of a request for
appointed counsel.  After a review of the Financial Affidavit, I
find that the above-named defendant is eligible for appointment of
counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and
the Amended Criminal Justice Act Plan for the District of Nebraska.

        **IT THEREFORE HEREBY IS ORDERED** that Kevin Oursland is appointed
as attorney of record for the above-named defendant.

        **IT IS FURTHER ORDERED** that the Federal Public Defender's
Office shall forthwith provide counsel with a draft appointment
order (CJA Form 20) bearing the name and other identifying
information of the CJA Panel attorney identified in accordance
with the Criminal Justice Act Plan for this district.

        **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of
this order to the Federal Public Defender and the defendant's
attorney.

        DATED: February 26, 2008.

                            BY THE COURT

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge