IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3028-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN R. ANAYA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government,

IT IS ORDERED that Defendant Anaya's sentencing is continued to Thursday, May 14, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 2, 2009.                                BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3028-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN R. ANAYA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government,

IT IS ORDERED that Defendant Anaya's sentencing is continued to Thursday, May 14, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 2, 2009.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge